# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-3398
Lower Tribunal No. 85-CF-193

_____

KELVIN FRAZIER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Collier County.
Elizabeth V. Krier, Judge.

June 6, 2025

PER CURIAM.

As to the trial court's Order Dismissing Motion for Order Setting Status Conference and for Hearing on All Pending Motions, Order Dismissing Motion for Hearing, Order Dismissing Motion to Transport, Order Dismissing Motion Protecting Prisoner Under Mailbox Rule, and Order Dismissing Motion to Hear and Rule, this appeal is dismissed for lack of jurisdiction. As to all other orders on appeal, the orders are affirmed.

AFFIRMED in part; DISMISSED in part.

STARGEL, NARDELLA and MIZE, JJ., concur.

Kelvin Frazier, Indiantown, pro se.

James Uthmeier, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED